IN THE UNITED STATES COURT OF APPEALS
FOR THE FIFTH CIRCUIT

_____

No. 96-40670
Conference Calendar

_____


FREDERICK TYRONE RIDGE,

                                        Plaintiff-Appellant,


versus

PAIGE MILLER, Criminal
District Attorney, ET AL.,

                                        Defendants-Appellees.

- - - - - - - - - -
Appeal from the United States District Court
for the Eastern District of Texas
USDC No. 4:96-CV-159
- - - - - - - - - -
December 11, 1996
Before WIENER, BARKSDALE, and BENAVIDES, Circuit Judges.

PER CURIAM:[*]

     Frederick Tyrone Ridge, Texas state prisoner #542124,
appeals from the district court's dismissal of his civil rights
complaint as frivolous and imposition of sanctions.  We have
reviewed the record and find no reversible error.  Because
Ridge's appeal is frivolous, it is DISMISSED.  See Howard v.
King, 707 F.2d 215, 219-20 (5th Cir. 1983); 5th Cir. R. 42.2.  We

_____

     [*] Pursuant to Local Rule 47.5, the court has determined
that this opinion should not be published and is not precedent
except under the limited circumstances set forth in Local Rule
47.5.4.

previously warned Ridge that frivolous appeals could result in sanctions against him.  See Ridge v. Scott, No. 94-60747 (5th Cir. March 22, 1995).  Accordingly, Ridge is BARRED from filing any pro se, in forma pauperis, civil appeal in this court without the prior written approval of a judge of this court in active service.  Further, he is BARRED from filing any pro se, in forma pauperis, initial civil pleading in any court which is subject to this court's jurisdiction, without the advance written permission of a judge of the forum court.  The clerk of this court and the clerks of all federal district courts subject to the jurisdiction of this court are directed to return to Ridge, unfiled, any attempted submission inconsistent with this bar.

APPEAL DISMISSED; SANCTIONS IMPOSED.